**Opinion issued August 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00622--CV

_____

## IN RE MARIA SANCHEZ, RELATOR

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Maria Sanchez, has filed a petition for writ of mandamus requesting that this Court vacate the trial court's "Rendition on a Divorce Without Children," signed by the trial court on July 17, 2024.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Maria Sanchez and Ysidro Hernandez.*, cause number 2021-72513, pending in the 309th District Court of Harris County, Texas, the Honorable Linda Marie Dunson, presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.